UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Paul Orsello,

    Plaintiff,

v.                                Civil No. 14-972 (JNE/JSM)
                                ORDER

Steven Gaffney and Alan Tschida,

    Defendants.

In a Report and Recommendation dated April 16, 2014, the Honorable Janie S. Mayeron, United States Magistrate Judge, recommended that Plaintiff's application to proceed in forma pauperis be denied, that Plaintiff's motion seeking appointment of an interpreter be denied, and that this action be summarily dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii) (2012).  Plaintiff objected.  The Court has conducted a de novo review of the record.  *See* D. Minn. LR 72.2(b).  Based on that review, the Court adopts the Report and Recommendation [Docket No. 4].  Therefore, IT IS ORDERED THAT:

1. Plaintiff's application to proceed in forma pauperis [Docket No. 2] is DENIED.

2. Plaintiff's motion seeking appointment of an interpreter [Docket No. 3] is DENIED.

3. This action is summarily DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: May 20, 2014

                                                             s/Joan N. Ericksen
                                                             JOAN N. ERICKSEN
                                                             United States District Judge